JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ROBBIE LYNN PORTER,<br>　　　　Petitioner,<br>　　v.<br>CASH, CIM Warden,<br>　　　　Respondent. | Case No. EDCV 13-00016 GW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 10, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE